UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------X
UNITED STATES OF AMERICA

                                 MEMORANDUM AND ORDER
      -against-                   04-CR-1023(DRH)

MAKSIM GUREVICH,

             Defendant.
----------------------------X
A P P E A R A N C E S:

For the Government:
    Loretta Lynch
    United States Attorney
    610 Federal Plaza
    Central Islip, New York 11722-4454
      By: Mary M. Dickman, A.U.S.A.

For Defendant:
    Maksim Gurevich, Pro Se
    280 River Road Apt. 41B
    Piscataway, NJ  08854

HURLEY, Senior District Judge

        Pending before the Court is an application by defendant Maksim Gurevich ("defendant" or "Gurevich") for an order pursuant to 18 U.S.C. § 3583(e)(1) for early termination of his supervised release. The Probation Department "do[es] not oppose same" and reports, inter alia, that defendant has been "a model supervised releasee." Apr. 18, 2011 Letter of Probation Officer Edward J. Irwin.

        Defendant was sentenced by me on October 5, 2007 to twenty months imprisonment, three years supervised release, $990,000.00 in restitution and a $100 special assessment, which sums have been paid.

## DISCUSSION

Section 3583(e) provides in pertinent part:

> The court may, after considering the factors
> set forth in section 3553(a)(1), (a)(2)(B),
> (a)(2)(c), (a)(2)(D), (a)(4), (a)(5), (a)(6),
> and (a)(7)—
>
> (1)  terminate a term of supervised release
> and discharge the defendant released at any
> time after the expiration of one year of
> supervised release, pursuant to the
> provisions of the Federal Rules of Criminal
> Procedure relating to the modification of
> probation, if it is satisfied that such
> action is warranted by the conduct of the
> defendant released and the interest of
> justice.

18 U.S.C. § 3583(e)(1).

The Court has reviewed the portions of § 3553(a) referenced in § 3583(e) in conjunction with the application submitted by the defendant.  See generally United States v. Lussier, 104 F.3d 32, 34-35 (2d Cir. 1997).  Having done so, the requested relief is granted based primarily on the reasons articulated in Gurevich's April 7, 2011 and in Probation Officer Irwin's April 18, 2011 letter.

In sum, the current application for early termination of supervised release is granted.

SO ORDERED.

Date: April 25, 2011
      Central Islip, New York

_____
DENIS R. HURLEY, U.S.D.J.